| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American De Rosa Lamparts, LLC, | ) | Case No. 22-50654 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Alan M. Koschik |
| A Delaware Limited Liability Company | ) | |
| (Employer Tax I.D. No. 20-8949369) | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Luminance Acquisition, LLC, | ) | Case No. 22-50655 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Alan M. Koschik |
| A Delaware Limited Liability Company | ) | |
| (Employer Tax I.D. No. 81-4074911) | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SV-ADL Holdings, LLC, | ) | Case No. 22-50656 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Alan M. Koschik |
| A Minnesota Limited Liability Company | ) | |
| (Employer Tax I.D. No. 26-0141959) | ) | |
| _____ | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ADL International, LLC, | ) | Case No. 22-50657 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Alan M. Koschik |
| A Delaware Limited Liability Company | ) | |
| (Employer Tax I.D. No. 30-0881457) | ) | |
| _____ | ) | |

In re:      )      Chapter 11
     )
Hallmark Lighting, LLC,      )      Case No. 22-50658
     )
          Debtor.      )
     )      Judge Alan M. Koschik
A Delaware Limited Liability Company      )
(Employer Tax I.D. No. 26-1532514)      )
     )
_____      )

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(A)(1)**

The debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), in the above-captioned Chapter 11 cases (the "Chapter 11 Cases"), hereby state, by and through their undersigned proposed counsel that Luminance Acquisition, LLC and Hallmark Lighting, LLC are each owned one hundred percent (100%) by non-debtor Luminance Holdco, Inc. In turn, Luminance Acquisition, LLC directly or indirectly owns each of the following debtors: SV-ADL Holdings, LLC, American De Rosa Lamparts, LLC, and ADL International, LLC.

Dated: June 8, 2022           Respectfully submitted,

/s/ *Julie K. Zurn* _____
Marc B. Merklin  (0018195)
Julie K. Zurn (0066391)
Jack M. D'Andrea (0097084)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com
jdandrea@brouse.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

2